**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

MICHAEL MCHENRY and AMBER
MCHENRY Individually and as the
Natural Parents of AUTUMN MCHENRY
and CONNOR MCHENRY, PLAINTIFFS,

VS. CIVIL ACTION NO. 1:06CV50-P-A

GRANT PRATHER, STATES GENERAL
LIFE INSURANCE CO. and INSURERS
ADMINISTRATIVE CORP., DEFENDANTS.

## ORDER

This matter comes before the court upon Insurers Administrative Corp.'s Motion to Stay Proceedings Pending Arbitration [15-1]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

The relief sought in the instant motion is more properly requested in a motion to compel arbitration. On August 8, 2006, Insurers Administrative Corp. filed a motion to compel arbitration. Therefore, the instant motion should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Insurers Administrative Corp.'s Motion to Stay Proceedings Pending Arbitration [15-1] is **DENIED** as moot.

**SO ORDERED** this the 25th day of October, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE